UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCELL JONES, | Case No. CV 07-2111-GHK(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| D.L. RUNNELS, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the Petition for a Writ of Habeas Corpus is denied.

Dated: 1/18/10_____

_____
George H. King
United States District Judge